UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TRACY SMITH,

        Plaintiff,                        No. C 09 1937 PJH (PR)

  vs.                                    **EXTENSION OF TIME**

DARRAL ADAMS,

        Defendant.
                                /

      This case was opened when plaintiff sent the court an application to proceed in forma pauperis on a form for such applications in civil rights cases. He did not send a complaint. The clerk notified him of the deficiency and told him to file a complaint within thirty days.

      Plaintiff has moved for an extension of time to file his complaint. The motion (document number 3 on the docket) is **GRANTED**. The complaint shall be filed by July 17, 2009. If it is not, this case will be dismissed. No further extensions will be granted except under the most compelling circumstances.

      **IT IS SO ORDERED.**

Dated: June  16 , 2009.                               _____
                                                     PHYLLIS J. HAMILTON
                                                     United States District Judge

G:\PRO-SE\PJH\CR.09\SMITH1937.ext-P.wpd