UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TRACY SMITH,

        Plaintiff,

  vs.

DARRAL ADAMS,

        Defendant.

No. C 09 1937 PJH (PR)

**ORDER OF DISMISSAL**

This case was opened when plaintiff sent the court an application to proceed in forma pauperis on a form for such applications in civil rights cases. He did not send a complaint. The clerk notified him of the deficiency and told him to file a complaint within thirty days. His subsequent motion for an extension of time to file a complaint was granted. That time now has expired and plaintiff has not filed a complaint. This case therefore is **DISMISSED** without prejudice. The clerk shall close the file.

**IT IS SO ORDERED.**

Dated: August 5, 2009.

PHYLLIS J. HAMILTON
United States District Judge

G:\PRO-SE\PJH\CR.09\SMITH1937.DSM.wpd